U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 25 2021
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Plattsburgh

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>**JOHN FARINA**<br><br><br><br>**Defendant(s)** | ) ) ) ) ) ) ) ) | Case No. 5:21-MJ-172 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 24, 2021 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §841(a)(1) and (b)(1)(A) | In that the defendant knowingly and intentionally possessed with intent to distribute, 50 grams or more of methamphetamine. |

This criminal complaint is based on these facts:
See Attached

☒ Continued on the attached sheet.

03/25/2021
10:19 AM

*Complainant's signature*

Emily Davis, SA, HSI

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: March 25, 2021

*Judge's signature*

City and State: Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

I, Emily Davis, being duly sworn above, do hereby depose and state as follows:

1. Your affiant, Special Agent Emily Davis, states that I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been a Special Agent since June of 2018. I am currently assigned to the HSI Border Enforcement Security Taskforce (BEST) in Massena, New York. BEST is tasked with the enhancement of border security by fostering coordinated efforts among Federal, State, and local border and law enforcement officials to protect United States' border cities and communities from trans-national crime, including but not limited to drug trafficking, arms smuggling, bulk cash smuggling, illegal alien trafficking and smuggling, violence, and kidnapping along and across the international borders of the United States. I am also currently assigned to the St. Lawrence County Drug Task Force (SLCDTF) in Canton, New York.

2. The SLCDTF is tasked with fostering coordinated efforts amongst law enforcement in St. Lawrence County, New York to combat drug trafficking and other related drug crimes that have a nexus to the County. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training located at the Federal Law Enforcement Training Center in Glynco, Georgia. As a Special Agent with HSI, I have received training in investigating violations of federal statutes, including but not limited to: narcotics smuggling and distribution, money laundering, and bulk cash smuggling. Prior to being employed as a Special Agent, I was a Customs and Border Protection Officer (CBPO) with United States Customs and Border Protection (CBP) since July of 2014. In May of 2014, I obtained a baccalaureate degree in Criminal Justice from Temple University located in Philadelphia, Pennsylvania.

3. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority. I am a "Federal law enforcement officer", within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am charged with conducting criminal investigations of alleged

violations of federal criminal statutes, including but not limited to Title 18, Title 21, and Title 31 of the United States Code.

4. From my training and experience as a Special Agent and that of agents and officers with whom I regularly work, I know that drug smuggling organizations frequently use various forms of transportation and vehicles that may facilitate the illegal manufacture, distribution, and dispense of controlled substances to, from, and within the United States. I also have become familiar with the manner in which illegal drugs are imported and distributed, the method of payment for such drugs, the various ways drug money is laundered, and the efforts of persons involved in such activities to avoid detection by law enforcement. Other law enforcement officers and agents of HSI BEST Massena and the SLCDTF also have extensive experience in narcotics investigations and I continue to have conversations with them concerning this and other narcotics related investigations.

5. As part of my duties, I have become involved in an investigation of a violation of Title 21, United States Code, Section 841(b)(1)(A), possession with intent to distribute a controlled substance. The statements in this affidavit are based on information provided to me by other law enforcement officers and my investigation of this matter. I have set forth only those facts that I believe are necessary to establish probable cause to believe that John FARINA has committed a violation of Title 21, United States Code, Section 841(b)(1)(A), possession with the intent to distribute a controlled substance, crystal methamphetamine.

**PROBABLE CAUSE**

6. On March 24, 2021, at approximately 7:00 a.m., New York State Police (NYSP) Troopers from NYSP Syracuse initiated a traffic stop on a red 2020 Jeep Cherokee bearing New York registration JRT9305. At the time of the encounter, the vehicle was traveling northbound on Interstate 81, in town of Cicero, Onondaga County, New York, in the Northern District of New York. NYSP Troopers observed the vehicle operator as it traveled northbound and believed it to be John FARINA, whom the Troopers were previously aware of and knew to have a suspended license. The NYSP Troopers also observed the vehicle was traveling at an excessive speed, in violation of NYS Vehicle Traffic Law.

7. Officers approached and identified the driver of the vehicle as John FARINA. There was one passenger in the vehicle. NYSP determined that FARINA's New York State driver's license was suspended. NYSP further determined the passenger's drivers license was also expired. FARINA was placed in custody.

8. NYSP then conducted an inventory search of the vehicle, consistent with agency policies and procedures, prior to the vehicle being towed. Officers discovered a large clear plastic zip-lock bag containing a clear, glass like crystal substance, located in the rear seat area on the floor. Based on officers training and experience, the substance appeared to be crystal methamphetamine. NYSP conducted a field test of the clear crystal-like substance, which tested presumptive positive for the properties of methamphetamine.

9. In addition, the vehicle search resulted in the discovery of a cell phone and approximately $2600 in US currency. The suspected crystal methamphetamine, cell phone, currency, FARINA, and the passenger were all transported back to the Syracuse NYSP police barracks for further investigation.

10. Officers found the clear crystal-like substance to weigh approximately 980 grams, inclusive of all packaging materials. Officers advised FARINA of his Miranda rights, and he voluntarily agreed to speak with officers. The interview was audio recorded. FARINA told officers the crystal methamphetamine found in the vehicle belonged to him. FARINA stated he has been selling crystal methamphetamine since December of 2020 and he was the top dealer of crystal methamphetamine in the Gouverneur, New York area. FARINA stated his goal was to get to the next level and be a supplier, so that he (FARINA) did not have to deal with the street level sales. FARINA stated that he sells the crystal methamphetamine for $800 per half ounce and $1600 per whole ounce.

11. Based on the foregoing, I submit that there is probable cause to believe that John FARINA committed a violation of Title 21, United States Code, Section 841(b)(1)(A), possession with intent to distribute a controlled substance, crystal methamphetamine.

Attested to by the Affiant:

Respectfully submitted,

03/25/2021
10:19 AM

Emily Davis
Special Agent
Homeland Security Investigations

I, the Honorable Gary L. Favro, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on March 25, 2021 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Honorable Gary L. Favro
UNITED STATES MAGISTRATE JUDGE